# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| PATRICK VERKLEY, | Case No. 1:19-cv-4 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| TRANS UNION, LLC, *et al.*, | |
| Defendants. | |

## CONDITIONAL ORDER OF DISMISSAL
## AS TO DEFENDANT CITIBANK, N.A. ONLY

The Court being advised that the Plaintiff and Defendant Citibank, N.A. ("Citibank") have reached an agreement to settle this civil action;

It is **ORDERED** that all claims against Citibank are hereby **DISMISSED** with prejudice, provided that Plaintiff or Citibank may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, Plaintiff and Citibank may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 3/5/2019

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge